COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Elizabeth Dauz v. Xochitl Valdez, Frontier Title Company-WH, L.L.C., Thai Klam, Team 360, LLC, Himarani Sivarajan

Appellate case number:   01-15-00831-CV

Trial court case number: 2014-29743

Trial court:             125th District Court of Harris County

No clerk's record has been filed in this case, but the notice of appeal forwarded to this court indicated appellant, Elizabeth Dauz, was appealing from an interlocutory order. On October 15, 2015, Dauz filed a motion to abate, asking for time to obtain permission to appeal the interlocutory order. On November 5, 2015, we issued an order, abating the appeal and directing the trial court to clarify whether appellant had permission to appeal an interlocutory order. No order granting permission was filed. A supplemental clerk's record was filed containing several summary judgment orders, but without other case documents we could not determine if the judgment was final. On December 15, 2015, we issued another order for a supplemental clerk's record containing a final judgment, if any. On December 23, 2015, a supplemental clerk's record was filed containing a final judgment. Although we have two supplemental clerk's records, we do not have the clerk's record, containing other case documents. No reporter's record was taken.

Accordingly, we reinstate the appeal on the active docket. A clerk's record shall be filed in this case **within 30 days from the date of this order**. Dauz's brief shall be due 30 days from the date the clerk's record is filed.

It is so ORDERED.

Judge's signature: /s/ Harvey Brown
                   ☑ Acting individually    ☐ Acting for the Court

Date: January 5, 2016